# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
Jane Doe

**DEFENDANTS**
The New York and Presbyterian Hospital, et. al.

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
Derek Smith Law Group, PLLC, 1 Penn Plaza, Suite 4905, New York, New York 10119, 212-587-0760

**ATTORNEYS (IF KNOWN)**

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Title 7

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☐ Yes ☑     Judge Previously Assigned

If yes, was this case  Vol. ☐  Invol. ☐  Dismissed.  No ☐  Yes ☐   If yes, give date _____ & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?     No ☒     Yes ☐

*(PLACE AN [x] IN ONE BOX ONLY)*     **NATURE OF SUIT**

**TORTS**     **ACTIONS UNDER STATUTES**

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY/ | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110  INSURANCE | [ ] 310 AIRPLANE | [ ] 367 HEALTHCARE/ | | | [ ] 375 FALSE CLAIMS |
| [ ] 120  MARINE | [ ] 315 AIRPLANE PRODUCT | PHARMACEUTICAL PERSONAL | [ ] 625 DRUG RELATED | [ ] 422 APPEAL | [ ] 376 QUI TAM |
| [ ] 130  MILLER ACT | LIABILITY | INJURY/PRODUCT LIABILITY | SEIZURE OF PROPERTY | 28 USC 158 | [ ] 400 STATE |
| [ ] 140  NEGOTIABLE | [ ] 320 ASSAULT, LIBEL & | [ ] 365 PERSONAL INJURY | 21 USC 881 | [ ] 423 WITHDRAWAL | REAPPORTIONMENT |
| INSTRUMENT | SLANDER | PRODUCT LIABILITY | [ ] 690 OTHER | 28 USC 157 | [ ] 410 ANTITRUST |
| [ ] 150  RECOVERY OF | [ ] 330 FEDERAL | [ ] 368 ASBESTOS PERSONAL | | | [ ] 430 BANKS & BANKING |
| OVERPAYMENT & | EMPLOYERS' | INJURY PRODUCT | | | [ ] 450 COMMERCE |
| ENFORCEMENT | LIABILITY | LIABILITY | **PROPERTY RIGHTS** | | [ ] 460 DEPORTATION |
| OF JUDGMENT | [ ] 340 MARINE | | [ ] 820 COPYRIGHTS | | [ ] 470 RACKETEER INFLU- |
| [ ] 151  MEDICARE ACT | [ ] 345 MARINE PRODUCT | **PERSONAL PROPERTY** | [ ] 830 PATENT | | ENCED & CORRUPT |
| [ ] 152  RECOVERY OF | LIABILITY | [ ] 370 OTHER FRAUD | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION | | ORGANIZATION ACT |
| DEFAULTED | [ ] 350 MOTOR VEHICLE | [ ] 371 TRUTH IN LENDING | [ ] 840 TRADEMARK | | (RICO) |
| STUDENT LOANS | [ ] 355 MOTOR VEHICLE | | | | [ ] 480 CONSUMER CREDIT |
| (EXCL VETERANS) | PRODUCT LIABILITY | | | **SOCIAL SECURITY** | [ ] 490 CABLE/SATELLITE TV |
| [ ] 153  RECOVERY OF | [ ] 360 OTHER PERSONAL | | **LABOR** | [ ] 861 HIA (1395ff) | |
| OVERPAYMENT OF | INJURY | [ ] 380 OTHER PERSONAL | | [ ] 862 BLACK LUNG (923) | [ ] 850 SECURITIES/ |
| VETERAN'S | [ ] 362 PERSONAL INJURY - | PROPERTY DAMAGE | [ ] 710 FAIR LABOR | [ ] 863 DIWC/DIWW (405(g)) | COMMODITIES/ |
| BENEFITS | MED MALPRACTICE | [ ] 385 PROPERTY DAMAGE | STANDARDS ACT | [ ] 864 SSID TITLE XVI | EXCHANGE |
| [ ] 160  STOCKHOLDERS | | PRODUCT LIABILITY | [ ] 720 LABOR/MGMT | [ ] 865 RSI (405(g)) | |
| SUITS | | | RELATIONS | | |
| [ ] 190  OTHER | | **PRISONER PETITIONS** | [ ] 740 RAILWAY LABOR ACT | | [ ] 890 OTHER STATUTORY |
| CONTRACT | **ACTIONS UNDER STATUTES** | [ ] 463 ALIEN DETAINEE | [ ] 751 FAMILY MEDICAL | **FEDERAL TAX SUITS** | ACTIONS |
| [ ] 195  CONTRACT | | [ ] 510 MOTIONS TO | LEAVE ACT (FMLA) | [ ] 870 TAXES (U.S. Plaintiff or | [ ] 891 AGRICULTURAL ACTS |
| PRODUCT | **CIVIL RIGHTS** | VACATE SENTENCE | | Defendant) | |
| LIABILITY | | 28 USC 2255 | [ ] 790 OTHER LABOR | [ ] 871 IRS-THIRD PARTY | |
| [ ] 196  FRANCHISE | [ ] 440  OTHER CIVIL RIGHTS | [ ] 530 HABEAS CORPUS | LITIGATION | 28 USC 7609 | [ ] 893 ENVIRONMENTAL |
| | (Non-Prisoner) | [ ] 535 DEATH PENALTY | [ ] 791 EMPL RET INC | | MATTERS |
| | [ ] 441 VOTING | [ ] 540 MANDAMUS & OTHER | SECURITY ACT (ERISA) | | [ ] 895 FREEDOM OF |
| **REAL PROPERTY** | [ ] 442 EMPLOYMENT | | | | INFORMATION ACT |
| | [ ] 443 HOUSING/ | | **IMMIGRATION** | | [ ] 896 ARBITRATION |
| [ ] 210  LAND | ACCOMMODATIONS | **PRISONER CIVIL RIGHTS** | | | [ ] 899 ADMINISTRATIVE |
| CONDEMNATION | [ ] 445 AMERICANS WITH | | [ ] 462 NATURALIZATION | | PROCEDURE ACT/REVIEW OR |
| [ ] 220  FORECLOSURE | DISABILITIES - | [ ] 550 CIVIL RIGHTS | APPLICATION | | APPEAL OF AGENCY DECISION |
| [ ] 230  RENT LEASE & | EMPLOYMENT | [ ] 555 PRISON CONDITION | [ ] 465 OTHER IMMIGRATION | | |
| EJECTMENT | [ ] 446  AMERICANS WITH | [ ] 560 CIVIL DETAINEE | ACTIONS | | [ ] 950 CONSTITUTIONALITY OF |
| [ ] 240  TORTS TO LAND | DISABILITIES -OTHER | CONDITIONS OF CONFINEMENT | | | STATE STATUTES |
| [ ] 245  TORT PRODUCT | [ ] 448 EDUCATION | | | | |
| LIABILITY | | | | | |
| [ ] 290  ALL OTHER | | | | | |
| REAL PROPERTY | | | | | |

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND: ☒ YES ☐ NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____ DOCKET NUMBER _____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN  x  IN ONE BOX ONLY)* **ORIGIN**

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
    [ ] a. **all parties represented**
    [ ] b. **At least one party is pro se.**
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation (Transferred)
[ ] 7 Appeal to District Judge from Magistrate Judge
[ ] 8 Multidistrict Litigation (Direct File)

*(PLACE AN  x  IN ONE BOX ONLY)* **BASIS OF JURISDICTION**

[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [X] 3 FEDERAL QUESTION (U.S. NOT A PARTY)    [ ] 4 DIVERSITY

*IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

## CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

## COURTHOUSE ASSIGNMENT

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [X] MANHATTAN

DATE 10/22/18

*Cere Mel*
SIGNATURE OF ATTORNEY OF RECORD

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. July Yr. 2016 )
Attorney Bar Code # AM1520

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

Clear Form      Save      Print