AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Jane Doe | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 18-cv-9711 |
| The New York and Presbyterian Hospital, et. al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHIEDOZIE ANYANWU
Via Actual Place of Business
C/O The New York and Presbyterian Hospital
622 West 168th Street
New York, New York 10032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Derek Smith Law Group, PLLC
Attn: Abraham Z. Melamed
1 Penn Plaza, suite 4905
New York, New York 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/29/2018

/S/ P. NEPTUNE
*Signature of Clerk or Deputy Clerk*

