# UNITED STATES DISTRICT COURT
### for the
Southern District of New York  ▾

| | |
|---|---|
| Jane Doe | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No. 18-cv-9711 |
| The New York and Presbyterian Hospital, et. al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## Amended SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    CHIEDOZIE ANYANWU
Via Actual Place of Residence
4188 ALDEN PARK DR
DECATUR, GA 30035

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     Derek Smith Law Group, PLLC
     Attn: Abraham Z. Melamed
     1 Penn Plaza, suite 4905
     New York, New York 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                  *Signature of Clerk or Deputy Clerk*