# Exhibit A

INTERNET
FORM NLRB-501
(2-08)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
CHARGE AGAINST EMPLOYER

FORM EXEMPT UNDER 44 U S C 3512

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case<br>02-CA-205868 | Date Filed<br>9/7/17 |

INSTRUCTIONS·
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring

## 1 EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a  Name of Employer<br>Newyorkpresbyterian Hospital Columbia University Medical Center | | b  Tel No<br>(646) 276-7013 |
|---|---|---|
| | | c. Cell No<br>(646) 385-1610 |
| | | f  Fax No |
| d  Address (Street, city, state, and ZIP code)<br><br>622 w 168 Street 2nd floor<br>NY New York 10032-____ | e  Employer Representative<br><br>Roberto Hunte Jr<br>Emergency Room Patient Access Manager | g  e-Mail<br>roberthuntejr@nyp org |
| | | h  Number of workers employed<br>5000 |
| I  Type of Establishment (factory, mine, wholesaler, etc )<br>Healthcare Facilities | j  Identify principal product or service<br>Hospital | |

k  The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a)  subsections (1) and (list subsections) 4   of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act  or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act

2  Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

--See additional page--

SEP 0 7 2017

| 3  Full name of party filing charge (if labor organization  give full name  including local name and number) | | |
|---|---|---|
| REDACTED | Title | |

| 4a Address (Street and number, city  state, and ZIP code)<br><br>REDACTED | 4b Tel No   REDACTED |
|---|---|
| | 4c Cell No |
| | 4d  Fax No |
| | 4e e-Mail   REDACTED |

5  Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)

| 6  DECLARATION<br>I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief | Tel No   REDACTED |
|---|---|
| By ___REDACTED___   Title _____<br>(signature of representative or person making charge)   (Print/type name and title or office  if any) | Office  if any Cell No |
| | Fax No |
| REDACTED                                    09/7/2017 20.43 47<br>Address _____   (date) | e-Mail   REDACTED |

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U S  CODE, TITLE 18, SECTION 1001)

PRIVACY ACT STATEMENT

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U S C  § 151 et seq  The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation  The routine uses for the information are fully set forth in the Federal Register, 71 Fed  Reg  74942 43 (Dec  13, 2006)  The NLRB will further explain these uses upon request  Disclosure of this information to the NLRB is voluntary, however  failure to supply the information will cause the NLRB to decline to invoke its processes

Case Number
02-CA-205868

Date Filed
9/7/17

## Basis of the Charge

### 8(a)(4)

Within the previous six months, the Employer disciplined or retaliated against an employee(s) because the employee(s) filed charges or cooperated with the NLRB

| Name of employee disciplined/retaliated against | Type of discipline/retaliation | Approximate date of discipline/retaliation |
|---|---|---|
| Roberto Hunte Jr | refusal to rehire | 03/22/2017 |
| Chastity Cruz | Refusal to rehire | 03/22/2017 |

### 8(a)(1)

Within the previous six-months, the Employer has interfered with, restrained, and coerced its employees in the exercise of rights protected by Section 7 of the Act by denying an employee's request for union representation during an disciplinary investigation

| Approximate date representation was denied |
|---|
| 03/16/2016-01/16/2017 |
| 01/27/2017 |
| January 27 , 2017 |
| 01/27/2017 |

FORM EXEMPT UNDER 44 U S C 3512

| INTERNET<br>FORM NLRB-501<br>(2-08) | UNITED STATES OF AMERICA<br>NATIONAL LABOR RELATIONS BOARD<br>**CHARGE AGAINST EMPLOYER** | DO NOT WRITE IN THIS SPACE |
|---|---|---|

| | | Case<br>02-CA-205931 | Date Filed<br>09/11/2017 |
|---|---|---|---|

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring

### 1 EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a  Name of Employer<br>Newyorkpresbyterian Hospital/Columbia University Medical Center | b  Tel No<br>(646) 973-6708 |
|---|---|
| | c.  Cell No |
| | f  Fax No |

| d  Address (Street city state, and ZIP code)<br><br>622 w 166th street 2nd floor<br>NY new york 10032-____ | e  Employer Representative<br><br>Roberto Hunte Jr<br>Emergency Room Patient Access<br>... | g  e-Mail<br>robertohuntejr @nyp org |
|---|---|---|
| | | h  Number of workers employed<br>5000 |

| i  Type of Establishment (factory, mine, wholesaler, etc )<br>Healthcare | j  Identify principal product or service<br>Hospital |
|---|---|

k  The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a)  subsections (1) and (list

subsections) 3                                                                     of the National Labor Relations Act  and these unfair labor

practices are practices affecting commerce within the meaning of the Act  or these unfair labor practices are unfair practices affecting commerce
within the meaning of the Act and the Postal Reorganization Act

2  Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)


--See additional page--


3  Full name of party filing charge (If labor organization, give full name  including local name and number)
Abraham Z  Melamed Esq                    Title

| 4a  Address (Street and number, city, state, and ZIP code)<br><br>30 Broad St Fl 35<br>NY New York 10004-2952 | 4b  Tel No<br>(212) 587-0760 |
|---|---|
| | 4c  Cell No |
| | 4d  Fax No<br>(212) 587-4169 |
| | 4e  e-Mail<br>abe@dereksmithlaw com |

5  Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor
organization)

| 6  DECLARATION<br>I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief | Tel  No<br>(212) 587-0760 |
|---|---|
| By  **REDACTED**<br>(signature of representative or person making charge)    Title    Abraham Z  Melamed Esq<br>(Print/type name and title or office  if any) | Office  if any  Cell No |
| | Fax No<br>(212) 587-4169 |
| 30 Broad St Fl 35<br>Address  New York NY 10004-2952    09/8/2017 18 57 51<br>(date) | e-Mail<br>abe@dereksmithlaw com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S  CODE, TITLE 18, SECTION 1001)**
PRIVACY ACT STATEMENT

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U S C  § 151 et seq  The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation  The routine uses for the information are fully set forth in the Federal Register, 71 Fed  Reg  74942-43 (Dec  13  2006)  The NLRB will further explain these uses upon request  Disclosure of this information to the NLRB is voluntary  however, failure to supply the information will cause the NLRB to decline to invoke its processes

## Basis of the Charge

**8(a)(3)**

Within the previous six months, the Employer disciplined or retaliated against an employee(s) because the employee(s) joined or supported a labor organization and in order to discourage union activities and/or membership

| Name of employee disciplined/retaliated against | Type of discipline/retaliation | Approximate date of discipline/retaliation |
|---|---|---|
| REDACTED | 01/27/2017 | 04/29/2017 |

FORM EXEMPT UNDER 44 U.S.C 3512

| INTERNET FORM NLRB-501 (2-08) | UNITED STATES OF AMERICA NATIONAL LABOR RELATIONS BOARD CHARGE AGAINST EMPLOYER | DO NOT WRITE IN THIS SPACE |
|---|---|---|

| Case | Date Filed |
|---|---|
| 02-CA-208531 | 10-24-17 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| | |
|---|---|
| a. Name of Employer<br><br>New York Presbyterian Hospital, Columbia University Medical Center | b. Tel. No. 646-276-7013 |
| | c. Cell No. |
| | f. Fax No. |
| d. Address (Street, city, state, and ZIP code)<br><br>622 West 168th Street, 2nd Floor<br>New York, NY 10032 | e. Employer Representative<br><br>James A. Girillo,<br>Director, Employment & Labor |
| | g. e-Mail<br>AEG9008@nyp.org |
| | h. Number of workers employed<br>100+ |

| i. Type of Establishment (factory, mine, wholesaler, etc.)<br>hospital | j. Identify principal product or service<br>patient care |
|---|---|

k. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (list subsections) (3) _____ of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

Within the previous six months and continuing to date, the above-named Employer discriminated against its employee Nereida Morales, by refusing to rehire her because of her union or protected concerted activity, including filing a grievance, reporting sexual harassment, and attending a union march, or in order to discourage such activity.

*[stamp: RECEIVED NLRB REGION 2 2017 OCT 24 PH 2:18 NEW YORK, NY]*

3. Full name of party filing charge (If labor organization, give full name, including local name and number)

REDACTED

| 4a. Address (Street and number, city, state, and ZIP code)<br><br>REDACTED | 4b. Tel. No.  REDACTED |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-Mail |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)

### 6. DECLARATION

I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

| By REDACTED | REDACTED | Tel. No.  same as above |
|---|---|---|
| (signature of representative or person making charge) | (Print/type name and title or office, if any) | Office, if any, Cell No. |
| | | Fax No. |
| | 10/24/17 | e-Mail |
| Address same as above | (date) | |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.