UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

JANE DOE,

                              Plaintiff,

-against-

THE NEW YORK AND PRESBYTERIAN HOSPITAL, COLUMBIA UNIVERSITY COLLEGE OF PHYSICIANS AND SURGEONS, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, COLUMBIA UNIVERSITY MEDICAL CENTER, COLUMBIA PRESBYTERIAN MEDICAL CENTER, THE SOCIETY OF PRACTITIONERS OF THE COLUMBIA UNIVERSITY MEDICAL CENTER, INC., COLUMBIA UNIVERSITY HEALTH CARE, INC.,
JUAN CARLOS GARCIA, individually,
CHIEDOZIE ANYANWU, individually,
CHASTITY CRUZ, individually,
THOMAS GUGLIEMI, individually,
LUCKENCIA ORPHEE, individually,
CHRISTOPHER WALKER, individually,
FARLEY OBUSAN, individually,
ROBERTO HUNTE JR, individually,
AUDREA BLANCHARD, individually,
JAMELA DANIELS, individually,
TARIK COLLINS, individually,
MICHAEL DESZCZ, individually,
JENSI MERCEDES, individually,
MAYFLOR SANTOS, individually,
LESTER WELCH, individually, and
MIRIAM NOLASCO, individually,

                              Defendants.

**Case No.: No. 18-cv-9711 (GBD)**

---------------------------------------------------------------

## **NOTICE OF APPEARANCE**

TO CLERK OF THE COURT:

        Please enter the appearance of Susan D. Friedfel, from the law firm of Jackson

Lewis P.C. as attorneys for Defendants, Chiedozie Anyanwu, Columbia University College of Physicians and Surgeons, and The Trustees of Columbia University In The City of New York in this action.

Susan D. Friedfel, Esq.<br>
JACKSON LEWIS P.C.<br>
44 South Broadway, 14th Floor<br>
White Plains, New York 10601<br>
Tel: (914) 872-8027<br>
Fax: (914) 946-1216<br>
Susan.Friedfel@jacksonlewis.com

By: */s/ Susan D. Friedfel*
    Susan D. Friedfel

Dated: February 4, 2019
      White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE,

                        Plaintiff,

-against-

THE NEW YORK AND PRESBYTERIAN HOSPITAL, COLUMBIA UNIVERSITY COLLEGE OF PHYSICIANS AND SURGEONS, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, COLUMBIA UNIVERSITY MEDICAL CENTER, COLUMBIA PRESBYTERIAN MEDICAL CENTER, THE SOCIETY OF PRACTITIONERS OF THE COLUMBIA UNIVERSITY MEDICAL CENTER, INC., COLUMBIA UNIVERSITY HEALTH CARE, INC.,
JUAN CARLOS GARCIA, individually,
CHIEDOZIE ANYANWU, individually,
CHASTITY CRUZ, individually,
THOMAS GUGLIEMI, individually,
LUCKENCIA ORPHEE, individually,
CHRISTOPHER WALKER, individually,
FARLEY OBUSAN, individually,
ROBERTO HUNTE JR, individually,
AUDREA BLANCHARD, individually,
JAMELA DANIELS, individually,
TARIK COLLINS, individually,
MICHAEL DESZCZ, individually,
JENSI MERCEDES, individually,
MAYFLOR SANTOS, individually,
LESTER WELCH, individually, and
MIRIAM NOLASCO, individually,

                        Defendants.

Case No.:  No. 18-cv-9711 (GBD)

---

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Notice of Appearance has been served via ECF and Regular U.S. Mail this 4th day of February, 2019 on:

Abraham Z. Melamed, Esq.
Derek Smith Law Group, PLLC
1 Penn Plaza, Suite 4905
New York, New York 10119
*Attorneys for Plaintiff*

James S. Frank, Esq.
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
*Attorneys for Defendants Santos, Blanchard, Collins, Deszcz, Flores, Gugliemi, Hunte, Nolasco, Obusan, Orphee, The New York Presbyterian Hospital, and Welsh*

*/s/ Susan D. Friedfel*
Susan D. Friedfel

4811-3911-4631, v. 1