UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEREIDA MORALES,

                        Plaintiff,

-against-

THE NEW YORK AND PRESBYTERIAN HOSPITAL, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,
JUAN CARLOS GARCIA, individually,
CHIEDOZIE ANYANWU, individually,
CHASTITY CRUZ, individually,
THOMAS GUGLIEMI, individually,
LUCKENCIA ORPHEE, individually,
CHRISTOPHER WALKER, individually,
FARLEY OBUSAN, individually,
ROBERTO HUNTE JR, individually,
AUDREA BLANCHARD, individually,
JAMELA DANIELS, individually,
TARIK COLLINS, individually,
MICHAEL DESZCZ, individually,
JENSI MERCEDES, individually,
MAYFLOR SANTOS, individually,
LESTER WELCH, individually, and
MIRIAM NOLASCO, individually,

                        Defendants.

Case No.: No. 18-cv-9711 (GBD)

---

## **FRCP 7.1 CERTIFICATION**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned attorneys of record for Defendant The Trustees of Columbia University in the City of New York, certify that The Trustees of Columbia University in the City of New York is not publicly traded and does not have a publicly traded parent corporation.

Respectfully Submitted:

JACKSON LEWIS P.C.
44 South Broadway, 14th Floor
White Plains, New York 10601
(914) 872-8060
(914) 946-1216 Facsimile

By: */s/ Susan D. Friedfel*
Susan D. Friedfel
Arin M. Liebman
*Attorneys for Defendant*
*The Trustees of Columbia University In The City of New York*

Dated: February 20, 2019
White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEREIDA MORALES,

                              Plaintiff,

-against-

THE NEW YORK AND PRESBYTERIAN HOSPITAL, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,
JUAN CARLOS GARCIA, individually,
CHIEDOZIE ANYANWU, individually,
CHASTITY CRUZ, individually,
THOMAS GUGLIEMI, individually,
LUCKENCIA ORPHEE, individually,
CHRISTOPHER WALKER, individually,
FARLEY OBUSAN, individually,
ROBERTO HUNTE JR, individually,
AUDREA BLANCHARD, individually,
JAMELA DANIELS, individually,
TARIK COLLINS, individually,
MICHAEL DESZCZ, individually,
JENSI MERCEDES, individually,
MAYFLOR SANTOS, individually,
LESTER WELCH, individually, and
MIRIAM NOLASCO, individually,

                              Defendants.

Case No.:  No. 18-cv-9711 (GBD)

---

## **CERTIFICATE OF SERVICE**

       This is to certify that a true and correct copy of Defendant The Trustees of Columbia University in the City of New York's FRCP 7.1 Certification has been electronically filed and served via First Class mail at the addresses set forth below on the 20th day of February, 2019 on counsel for the Party who entered their notice of appearance in this matter:

Abraham Z. Melamed, Esq.
Derek Smith Law Group, PLLC
1 Penn Plaza, Suite 4905
New York, New York 10119
*Attorneys for Plaintiff*


James S. Frank, Esq.
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
*Attorneys for Defendants Santos, Blanchard, Collins,
Deszcz, Flores, Gugliemi, Hunte, Nolasco, Obusan, Orphee,
The New York-Presbyterian Hospital, and Welsh*

    /s/ Arin M. Liebman
Arin M. Liebman

4813-6381-4535, v. 1