UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEREIDA MORALES,

                Plaintiff,

-against-

THE NEW YORK AND PRESBYTERIAN HOSPITAL et al.,

                Defendants.

18-CV-9711 (GBD) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On January 9, 2020 the Court held a status conference and Plaintiff did not appear. As an accommodation, this Court's Deputy called Plaintiff to determine whether she could participate by phone. Plaintiff yelled at this Court's Deputy and indicated that she would not participate, indicating that she had intentionally violated this Court's scheduling order. This is not the first time Plaintiff has disregarded the Court's rules and orders. In light of Plaintiff's pro se status, however, the Court will extend Plaintiff one last opportunity.

A conference is hereby scheduled for **February 4, 2020 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. **Plaintiff is warned that if she fails to appear in person, the undersigned will recommend that this action be dismissed for failure to prosecute.**

The Clerk of Court is respectfully directed to mail a copy of this Order to the Pro Se Plaintiff.

**SO ORDERED.**

Dated: January 10, 2020
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge