UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEREIDA MORALES,

                        Plaintiff,

-against-

THE NEW YORK AND PRESBYTERIAN HOSPITAL et al.,

                        Defendants.

18-CV-9711 (GBD) (KHP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/28/2020

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      Plaintiff's application for pro bono counsel is denied as premature. In an order denying Plaintiff's application for pro bono counsel, issued on September 19, 2019, the Court directed Plaintiff to "not file any additional applications seeking assignment of pro bono counsel until the Court decides Defendants' Motions to Dismiss." (Doc. No. 171, 1.) The undersigned's Report and Recommendation on the Motions to Dismiss, issued on November 20, 2019, is currently pending before the Honorable George B. Daniels. As such, Plaintiff's application for pro bono counsel is denied. A copy of this Court's September 19, 2019 order is attached to this order. The Clerk of Court is respectfully directed to mail a copy of this order to the Pro Se Plaintiff.

**SO ORDERED.**

Dated: January 28, 2020
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge