USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _02/04/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEREIDA MORALES,

                  Plaintiff,

-against-

THE NEW YORK AND PRESBYTERIAN
HOSPITAL et al.,

                  Defendants.

18-CV-9711 (GBD) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        As discussed during today's conference, Plaintiff will provide Defendants' counsel with the names of any doctors and therapists she has seen from the time she worked at the Defendant Hospital to date. By **February 18, 2020**, Plaintiff shall write a letter to Defendants' counsel providing the names of her doctors and therapists and their addresses. Defendants will then prepare HIPAA medical releases for Plaintiff to sign. A status conference is hereby scheduled for **April 21, 2020 at 10:00 a.m.** Plaintiff must attend the conference in person.

        The Clerk of Court is respectfully directed to mail a copy of this order to the Pro Se Plaintiff.

**SO ORDERED.**

Dated: February 4, 2020
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge