UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEREIDA MORALES,

                Plaintiff,

-against-

THE NEW YORK AND PRESBYTERIAN HOSPITAL et al.,

                Defendants.

18-CV-9711 (GBD) (KHP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2020

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On February 4, 2020 this Court ordered Plaintiff to write a letter to Defendants' counsel providing the names of her doctors and therapists and their addresses by no later than February 18, 2020. The Court advised Plaintiff that Defendants' counsel needs this information in order to prepare HIPAA medical releases for her to sign. By letter dated February 25, 2020, Defendants' counsel advised the Court that Plaintiff has failed to provide them with the names of her doctors and therapists and their addresses.

Plaintiff is directed to provide Defendants with the names of her doctors and therapists and their addresses by no later than **March 6, 2020**. Plaintiff is also directed to update her address on the docket. **Plaintiff is warned that failure to comply with this Court's orders may result in sanctions, including dismissal of her case.**

The Clerk of Court is respectfully directed to mail a copy of this order to the Pro Se Plaintiff. Defendants are also directed to serve this Order on Plaintiff via email.

**SO ORDERED.**

Dated: February 26, 2020
       New York, New York

                                            _____
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge