

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEREIDA MORALES,

                Plaintiff,

-against-

THE NEW YORK AND PRESBYTERIAN HOSPITAL et al.,

                Defendants.

18-CV-9711 (GBD) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of Defendants' letter at ECF No. 197. In light of the fact that Plaintiff has not complied with the Court's direction regarding the completion of medical authorizations, Plaintiff is directed to report to the Pro Se Intake Unit, located at the United States Courthouse at 40 Foley Square, New York, New York 10007, Room 105 to re-complete the medical authorizations. Defense counsel shall provide new forms for Plaintiff to complete on that day. The Court requests that Defendants send a representative to meet Plaintiff at the Pro Se Intake Unit at said time with the forms to complete. **PLAINTIFF IS WARNED THAT HER FAILURE TO UPDATE HER MAILING ADDRESS WITH THE COURT OR FAILURE TO APPEAR IN COURT ON MARCH 12, 2020 AT 10:00 A.M. MAY RESULT IN SANCTIONS INCLUDING DISMISSAL OF HER CASE. THE CLERK OF COURT IS REQUESTED TO MAIL A COPY OF THIS ORDER TO THE PLAINTIFF.**

**SO ORDERED.**

Dated: March 9, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge