UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEREIDA MORALES,

       Plaintiff,

-against-

THE NEW YORK AND PRESBYTERIAN HOSPITAL et al.,

       Defendants.

18-CV-9711 (GBD) (KHP)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2020

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

  The status conference scheduled for April 21, 2020 at 10:00 a.m. is hereby converted to a telephone conference. The parties should dial the following number: (866) 434-5269. The access code is: 4858267 (if prompted to put in security code, re-enter access code). The Court will address Plaintiff's failure to fill out her HIPAA release forms during the conference.

**PLAINTIFF IS WARNED THAT HER FAILURE TO APPEAR AT THE PHONE CONFERENCE MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF HER CASE.**

  Defendants are directed to email this order to Plaintiff at: noexcuse2020@gmail.com. The Clerk of Court is directed to mail a copy of this order to the Pro Se Plaintiff.

**SO ORDERED.**
  New York, New York
Dated: March 16, 2020

                _____
                KATHARINE H. PARKER
                United States Magistrate Judge