```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEREIDA MORALES,

                        Plaintiff,

-against-

THE NEW YORK AND PRESBYTERIAN
HOSPITAL et al.,

                        Defendants.

18-CV-9711 (GBD) (KHP)

**ORDER SCHEDULING TELEPHONE STATUS CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    A telephonic Status Conference is hereby scheduled for Wednesday**, September 9, 2020 at 10:30 a.m.**   The parties' are directed to call Judge Parker's telephone conference line at the scheduled time.   **Please dial (866) 434-5269, Access code: 4858267.**

    **The Clerk of Court is respectfully directed to mail a copy of this Order to the Pro Se Plaintiff.**

SO ORDERED.

Dated: June 24, 2020
       New York, New York

                                               _____
                                               KATHARINE H. PARKER
                                               United States Magistrate Judge