```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____09/09/2020_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEREIDA MORALES,

                              Plaintiff,

            -against-

THE NEW YORK AND PRESBYTERIAN
HOSPITAL et al.,

                              Defendants.

18-CV-9711 (GBD) (KHP)

ORDER SCHEDULING
TELEPHONIC STATUS
CONFERENCE

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Status Conference in this matter is hereby scheduled for **Thursday, November 5, 2020 at 10:00 a.m.**   The parties' are directed to call Judge Parker's telephone conference line at the scheduled time.   **Please dial (866) 434-5269, Access code: 4858267.**

**Plaintiff failed to attend the telephonic status conference scheduled for today. Plaintiff is warned that future failures to attend conferences and/or failure to participate in discovery will result in her case being dismissed for lack of prosecution.**

**The Clerk of Court is respectfully directed to mail a copy of this Order to the Pro Se Plaintiff.**

**SO ORDERED.**

Dated: September 9, 2020
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge