

Attorneys at Law

Lauri F. Rasnick
t  212.351.4854
f  212.878.8600
LRasnick@ebglaw.com

January 14, 2021

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 01/14/2021

# MEMO ENDORSED

**VIA ECF**

Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 750
New York, NY 10007-1312

**Re:**   Morales v. The New York Presbyterian Hospital, et al.,
            Case No. 18-cv-09711

Dear Judge Parker:

We represent Defendant The New York and Presbyterian Hospital (the "Hospital") in this matter.  Per Your Honor's Order dated December 12, 2020, the parties are to have a telephonic pre-motion conference with the Court on January 25, 2021 at 2:00 p.m.  Unfortunately, counsel for the Hospital has a business conflict that cannot be rescheduled.  Therefore, we write to respectfully request that the Court reschedule the conference to either the morning of Monday, February 1, or anytime on Friday, February 5.  Counsel for the Hospital has conferred with counsel for Chiedozie Anyanwu, and she is also available on those dates.  Plaintiff did not respond to our inquiries regarding her availability on those dates.

We appreciate the Court's consideration and attention to this matter.

Respectfully submitted,

*/s/ Lauri F. Rasnick*

Lauri Rasnick

LFR:clc

cc:   Nereida Morales (via e-mail)
        Susan D. Friedfel, Esq.

**The telephonic Pre-Motion Conference in this matter scheduled for Monday, January 25, 2021 at 2:00 p.m. is hereby rescheduled to Monday, February 1, 2021 at 10:00 a.m.** The parties' are directed to call Judge Parker's telephone conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267. **The Clerk of Court is respectfully directed to mail a copy of this Order to the Pro Se Plaintiff at the following address: Nereida Morales 385 McDonald Avenue Brooklyn NY 11218.**

**SO ORDERED:**

*Katharine H. Parker*
**HON. KATHARINE H. PARKER**
**UNITED STATES MAGISTRATE JUDGE**
**01/14/2021**