```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEREIDA MORALES,

                Plaintiff,

-against-

THE NEW YORK AND PRESBYTERIAN HOSPITAL et al.,

                Defendants.

18-CV-9711 (GBD) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On February 26, 2021 the defendants in the above-captioned case filed joint motions to dismiss this case based on Plaintiff's failure to prosecute her claims. Based on the certificate of service filed at ECF No. 236, Defendants also served their moving papers on Plaintiff via email on February 26, 2021. The pro se Plaintiff has until March 26, 2021 to file an opposition to Defendants' motion. The opposition should explain why Plaintiff has not participated in discovery to prosecute her claims and why her claims should not be dismissed.

      **The Clerk of Court is respectfully directed to mail a copy of this Order to the Pro Se Plaintiff.** Plaintiff is reminded that all communications with the Court should be filed electronically through the Southern District's pro se office onto ECF.

**SO ORDERED.**

Dated: March 2, 2021
 New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge