## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

NEREIDA MORALES,

                Plaintiff,                    18 **CIVIL** 9711 (GBD)(KHP)

      -against-                        **JUDGMENT**

NEW YORK PRESBYTERIAN HOSPITAL and
CHIEDOZIE ANYANWU,

                Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision and Order dated July 20, 2021, Magistrate Judge Parker's Report is ADOPTED. Plaintiff's complaint is DISMISSED; accordingly, the case is closed.

**Dated:**  New York, New York
         July 21, 2021

                                         **RUBY J. KRAJICK**

                                         **Clerk of Court**
                  **BY:**       *K. Mango*

                                         **Deputy Clerk**